## MAUREEN J. KHAN-LACOSS *v.* DAVID B. LACOSS
## (AC 19541)

Schaller, Hennessy and Pellegrino, Js.

Submitted on briefs May 11—officially released June 6, 2000

Per Curiam. The judgment is affirmed.

## TOWN OF WATERFORD *v.* STEPHEN KRIJGER
## (AC 19832)

Lavery, C. J., and Spear and Pellegrino, Js.

Submitted on briefs May 11—officially released June 6, 2000

Per Curiam. The judgment is affirmed.

## WILLIAM X. JONES *v.* COMMISSIONER OF
## CORRECTION
## (AC 19601)

Landau, Schaller and Mihalakos, Js.

Argued May 4—officially released June 6, 2000

Per Curiam. The judgment is affirmed.